IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLIFFORD S. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-513-WKW |
| | ) | [WO] |
| KELLY AEROSPACE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objection filed to the Recommendation of the Magistrate Judge (Doc. # 51), and upon an independent review of the file in this case, it is ORDERED that

(1) the Recommendation is adopted,

(2) Plaintiff's motion for sanctions and other relief (Doc. # 48) is DENIED, and

(3) Defendant's request for an award of attorneys' fees (Doc. # 50) is DENIED.

It is further ORDERED that this action is REFERRED back to the Magistrate Judge for further proceedings and a recommendation as may be appropriate.

DONE this 13th day of April, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE