IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD S. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-513-WKW |
| | ) |
| KELLY AEROSPACE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On August 4, 2011, the Magistrate Judge filed a Recommendation in this case. (Doc. # 65.) Plaintiff filed an objection. (Doc. # 66.) Having independently reviewed the file in this case and conducted a *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b)(1)(C), the court finds that the objection lacks merit for the same reasons set forth in the Magistrate Judge's recommendation and that the objection does not warrant further discussion. Accordingly, it is ORDERED as follows:

1. Mr. Martin's objection (Doc. # 66) is OVERRULED.

2. The Recommendation (Doc. # 65) is ADOPTED.

3. Mr. Martin's motion for leave of court (Doc. # 64) is DENIED.

DONE this 19th day of August, 2011.

                                        /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE